### 7514.   GILLESPIE *v.* THE STATE.

HILL, J.   1. Testimony that whisky was taken from the house of the accused was admissible in evidence against him on his trial for a violation of the prohibition law, notwithstanding the fact that the whisky was discovered by an unlawful search and seizure. This testimony was not rendered inadmissible by the constitutional inhibition against unreasonable searches and seizures, nor by the constitutional guarantee that no person shall be compelled to give testimony tending to criminate himself, there being no evidence that the accused was compelled to deliver the whisky to the officers who made the search for and seizure of the same, and who testified that it was found in his house. *Calhoun* v. *State,* 144 *Ga.* 679 (87 S. E. 893); *Duren* v. *Thomasville,* 125 *Ga.* 1 (53 S. E. 814).

2. The verdict was fully supported by the evidence.  *Judgment affirmed.*

DECIDED SEPTEMBER 21, 1916.   REHEARING DENIED SEPTEMBER 30, 1916.

JUDGE HODGES BEING DISQUALIFIED, JUDGE HILL, OF THE ATLANTA CIRCUIT, WAS DESIGNATED TO PRESIDE IN HIS STEAD.

Accusation of misdemeanor; from city court of Macon—Judge Hodges.   April 21, 1916.

*John R. Cooper,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.